U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR - 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSE NEVAREZ | : | DOCKET NO. 2:06-cv-2305 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be reclassified as a Motion to Vacate filed pursuant to 28 U.S.C. §2255 and transferred to the United States District Court for the Southern District of Indiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of ___April___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE